UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RAUL MORALES,

                      Petitioner,

    -against-

UNITED STATES OF AMERICA,

                      Respondent.
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/05/07
```

07 CIVIL 10393 (RMB)(JCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

|   |   |   |   |
|---|---|---|---|
| ____ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute:* _____ | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
|   | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | __X__ | Habeas Corpus |
|   |   | ____ | Social Security |
| ____ | Settlement* | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ____ | Inquest After Default/Damages Hearing |   | Particular Motion: _____ |
|   |   |   | All Such Motions: _____ |

\*  Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated: New York, New York
       December 4, 2007



                              RICHARD M. BERMAN
                                    U.S.D.J.