UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
RAUL MORALES,                          : 07 Civ. 10393 (RMB) (JCF)
                                       :
            Petitioner,                : O R D E R
                                       :
    - against -                        :
                                       :
UNITED STATES OF AMERICA,              :
                                       :
            Respondent.                :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08

Raul Morales has applied for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, in this habeas corpus proceeding. The issues raised in the petition are relatively straightforward, and it does not appear that an evidentiary hearing will be necessary. Accordingly, the petitioner's application is denied.

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:  New York, New York
        December 13, 2007


Copies mailed this date:

Raul Morales
53456-054
FCI Allenwood Med.
P.O. Box 1000
White Dear, PA 17887

1

Natalie Kuehler
Assistant United States Attorney
86 Chambers Street
New York, New York 10007