UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
RAUL MORALES,                        : 07 Civ. 10393 (RMB) (JCF)
                                     :
                Petitioner,          :        O R D E R
                                     :
       - against -                   :
                                     :
UNITED STATES OF AMERICA,            :
                                     :
                Respondent.          :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08

    Petitioner having failed to respond to the Government's opposition to his petition, it is hereby ORDERED that petitioner reply by May 15, 2008, failing which the petition shall be decided on the basis of the existing record.

    SO ORDERED.

                    /s/ James C. Francis IV
                      JAMES C. FRANCIS IV
                      UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
          April 14, 2008

Copies mailed this date:

Raul Morales
53456-054
FCI Allenwood Med.
P.O. Box 1000
White Dear, PA 17887

Natalie Lamarque, Esq.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007

1