United States of America

- v -

07 Civ. 10393 (RMB)

(JCF)

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____            │
│ DATE FILED: 7/7/08               │
└─────────────────────────────────┘
```

Raul Morales
        Defendant

or Cr. 335-01 (RMB)

## Motion For Extention of Time

Comes Now, Defendant, Raul Morales, in the above Caption case and respectfully moves this Honorable Court for an extention of time to reply to the governments response brief. Defendant filed a Motion under 28 U.S.C. § 2255 on Nov 7, 2007. The Government responded on Feb 15, 2008, defendant was unaware of governments response until he wrote the district Court at which time the Court send a Copy of the Governments response which was recieved by defendant on June 16, 2008. This Court Ordered defendant to respond to governments motion by July 15, 2008. Defendant need an additional 60 days in order to obtain certain document from the Court to include as exhibits and to better present his argument.

Wherefore; Defendant prays this Court grant Motion for the 60 day extention.

7/7/08.
Application denied.
So ORDERED.
James C. Francis IV
USMJ

Sincerely Your.
Raul Morales