**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 8/12/08

**MEMO ENDORSED**

Raul Morales
    Petitioner,

07 Civ. 10393 (RMB) (JCF)
02 Cr. 335-01 (RMB)

- against -

United States of America
    Respondent.

Motion for Reconsideration of the Magistrates report and Recommendation dated 7/18/2008 pursuant to Rule 59(e)

    Comes Now Petitioner, Raul Morales, pro se, in want of Counsel, who respectfully moves this Honorable Court to reconsider its report and recomendation dated 7/18/08, Pursuant to Rule 59(e).

    This Motion is filed pro se, Petitioner requests that his pleadings be liberaly Contrued in Accordance with Haines v. Kerner 405 U.S. 519 (1972)., Since petitioner has had no formal legal training in Matters of Law.

    Petitioner, request that his motion be granted for the following reasons:

1. On July 14, 2008, Petitioner placed a Certified legal package with return lable in the Institutional Mail to be delivered to Magistrate Judge: James C Francis IV at 500 Pearl Street N.Y. N.Y. 10007.

2. Base on Houston v Lack, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed 2 245 (1988) (holding that pro se prisoner's notice of Appeal was "filed" Within the Meaning of the Federal Rule of Appellant procedure when the notice was delivered to the Prison Authorities. See, Exhibit A Certified reciept and Exhibit B Reply brief.

3. The Magistrate Report and Recommendation was decided and filed on July 18, 2008, without considering Petitioners' reply brief which was timely filed on July 14, 2008, to the Governments response brief.

4. This report and recommendation is highly prejudicial to petitioner who in his reply brief has included affidavits and declaration in support of his arguments.

Wherefore; Petitioner, prays that this Honorable Court grant his motion for reconsideration or any other relief it deems just and proper.

Respectfully Submitted

Raul Morales

7/28/08

Application denied. Petitioner's reply was received and considered in connection with the Report and Recommendation.

SO ORDERED
James C. Francis IV
USMJ